UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL MILES,

           Plaintiff,           Case No. 15-11256-BC

v           Honorable Thomas L. Ludington

GARLAND LODGE AND RESORT LLC,

           Defendants.
_____/

**ORDER DIRECTING SUBMISSION OF CLOSING DOCUMENTS**

On March 8, 2017, the Court received notice that the parties had reached a settlement during a settlement conference with Magistrate Judge Morris.

Accordingly, it is **ORDERED** that the parties are **DIRECTED** to submit closing documents via the Utilities function of CM/ECF on or before **April 10, 2017**.

           s/Thomas L. Ludington
           THOMAS L. LUDINGTON
           United States District Judge

Dated: March 10, 2017

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 10, 2017.

           s/Michael A. Sian
           MICHAEL A. SIAN, Case Manager