IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL MILES,

      Plaintiff,

                          Case No. 1:15-cv-11256

v.

                          Hon. Thomas L. Ludington

GARLAND LODGE AND       Magistrate Judge Patricia T. Morris
RESORT LLC,

      Defendant.
_____

## **STIPULATED ORDER DISMISSING CLAIMS WITH PREJUDICE**

In accordance with the parties' stipulation through their undersigned counsel, and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that this matter shall be, and hereby is, dismissed with prejudice and without costs or fees to any party pursuant to the terms of the parties' Confidential Settlement and Release Agreement. The Court shall maintain jurisdiction solely for purposes of enforcement of the Confidential Settlement and Release Agreement and any such matters shall be referred to Magistrate Judge Patricia T. Morris for resolution.

Dated: April 11, 2017                                 s/Thomas L. Ludington
                                                        THOMAS L. LUDINGTON
                                                        United States District Judge

**Approved as to Form and Substance:**

| */s/ Owen B. Dunn* | */s/ Brett A. Rendeiro* |
|---|---|
| Owen B. Dunn, Jr., Esq. | Brett A. Rendeiro (P64792) |
| Law Office of Owen B. Dunn, Jr. | VARNUM LLP |
| Attorney for Plaintiff | Attorneys for Defendant |

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 11, 2017.

s/Kelly Winslow for
MICHAEL A. SIAN, Case Manager